# United States Bankruptcy Court
# Central District Of California

255 East Temple Street, Los Angeles, CA 90012

## ORDER AND NOTICE OF DISMISSAL
## ARISING FROM CHAPTER 13 CONFIRMATION HEARING [11 U.S.C. § 109(g)]

**DEBTOR INFORMATION:**
Jose Albert Rodriguez
aka Jose Rodriguez, aka Jose A Rodriguez

**BANKRUPTCY NO.** 2:10–bk–21671–VZ

**CHAPTER** 13

**Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):**  xxx–xx–5563
**Employer Tax–Identification (EIN) No(s).(if any):**  N/A
**Debtor Dismissal Date:** 6/16/10

**Address:**
11354 Orange Drive
Whittier, CA 90606

Pursuant to the court's findings and conclusions made at the confirmation hearing in this case,
IT IS ORDERED THAT:

(1)  debtor's bankruptcy case is dismissed;
(2)  the court retains jurisdiction on all issues arising under Bankruptcy Code Sections 110, 329 and 362; and
(3)  pursuant to Bankruptcy Code Section 109(g), debtor is prohibited from filing any new bankruptcy petition within 180 days of the date of entry of this order.

Dated: June 16, 2010

BY THE COURT,
**Kathleen J. Campbell**
Clerk of Court